**Dismissed and Opinion Filed February 4, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00516-CV**

**CRYSTAL FOX, Appellant**
**V.**
**GEORGIA TAYLOR, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00675-C**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated January 6, 2022, we notified appellant the time for filing a brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

210516f.p05

_/Cory L. Carlyle//_
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CRYSTAL FOX, Appellant

No. 05-21-00516-CV     V.

GEORGIA TAYLOR, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-21-00675-C.

Opinion delivered by Justice Carlyle. Justices Reichek and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of February, 2022.